UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: HUFFMAN, TERESA S | § § § | Case No. 11-20961 | |
| Debtor(s) | § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
7th Floor
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 11 / 22 /2011 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street
Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/21/2011       By:    Ira Bodenstein
                                     Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: HUFFMAN, TERESA S | § Case No. 11-20961 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.21 |
| *and approved disbursements of* | $ 66.64 |
| *leaving a balance on hand of* [1] | $ 8,933.57 |
| **Balance on hand:** | $ 8,933.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,933.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,650.02 | 0.00 | 1,650.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,650.02 |
| Remaining balance: | $ 7,283.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 7,283.55 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,283.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,315.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DB Sevicing Corp | 8,986.46 | 0.00 | 1,511.08 |
| 2 | Capital One Bank (USA), N.A./AmInfoSource,agent | 2,041.59 | 0.00 | 343.29 |
| 3 | Asset Acceptance LLC / Assignee / Citibank | 9,660.18 | 0.00 | 1,624.36 |
| 4 | Resurgence Financial, LLC/as agent for Chase | 19,893.38 | 0.00 | 3,345.08 |
| 5 | IQ Data International, Inc | 2,734.11 | 0.00 | 459.74 |

|  | Total to be paid for timely general unsecured claims: | $ | 7,283.55 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-20961-JBS
Teresa S Huffman Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mflowers     Page 1 of 2     Date Rcvd: Oct 24, 2011
                         Form ID: pdf006    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2011.
```
db         +Teresa S Huffman,    1911 Morning Song Ct.,    Schaumburg, IL 60194-4443
17287576   +Alex B. Lipowich MD SC,    800 Biesterfield Rd.,    Ste. 2004,    Elk Grove Village, IL 60007-3364
17287577   +Alexian Brothers,    1555 Barrington Rd,    Schaumburg, IL 60169-1020
17287578   +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
17287579   +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
17287581   +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
17537880    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
17287582   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17287583   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17287584   +Contract Callers Inc,    P O Box 212609,    Augusta, GA 30917-2609
17287587    Elk Grove Radiology S.C.,    75 Remittance Dr.,    Suite 6500,    Chicago, IL 60675-6500
17287588   +Firstsource Fin Soluti,    1232 W State Rd #2,    La Porte, IN 46350-5469
17287589   +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
17287591   +MEA Elk Grove,    PO Box 5964,    Carol Stream, IL 60197-5964
17287592   +Nco Fin /99,    Po Box 15636,    Wilmington, DE 19850-5636
17287593   +Northwest Collectors,    3601 Algonquin Rd Suite 500,    Rolling Meadows, IL 60008-3143
17764930   +Resurgence Financial, LLC,    RESURGENCE LEGAL GROUP, P.C.,    1161 Lake Cook Road, Suite E,
             Deerfield, IL 60015-5277
17287595   +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17287596   +Schaumburg Oral & Maxillofacial Sur,    650 E. Higgins Rd.,    Ste. 2N,    Schaumburg, IL 60173-4741
17287597   +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
17287599   +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
17287600   +Wffinancial,    Po Box 7648,    Boise, ID 83707-1648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17287574   +E-mail/Text: KM@ARCONCEPTSINC.COM Oct 25 2011 01:34:01     A/r Concepts,    2320 Dean St,
             Saint Charles, IL 60175-1068
17287575   +E-mail/PDF: recoverybankruptcy@afninet.com Oct 25 2011 03:54:41     Afni, Inc.,
             Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
17287580   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 25 2011 01:33:02     Asset Acceptance,
             Po Box 2036,    Warren, MI 48090-2036
17591913   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 25 2011 01:33:02
             Asset Acceptance LLC / Assignee / Citibank,    Po Box 2036,    Warren MI 48090-2036
17287585   +E-mail/Text: clerical.department@yahoo.com Oct 25 2011 01:34:43     Creditors Collection B,
             755 Almar Pkwy,    Bourbonnais, IL 60914-2393
17503850    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2011 03:55:36     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17287586   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2011 03:55:37     Discover Fin,    Po Box 6103,
             Carol Stream, IL 60197-6103
17287590   +E-mail/Text: christina@rentcollectglobal.com Oct 25 2011 01:34:17     IQ Data International, Inc,
             Po Box 2130,    Everett, WA 98213-0130
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17287594  ##+Resurgence Financial,    Legal Department,    4100 Commercial Ave,    Northbrook, IL 60062-1833
17287598  ##+Transworld Systems,    PO BOX 1864,    Santa Rosa, CA 95402-1864
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers             Page 2 of 2              Date Rcvd: Oct 24, 2011
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**　　　　　　　　　　　　**Signature:** _Joseph Speetjens_