# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: HUFFMAN, TERESA S | § Case No. 11-20961 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,283.67    Claims Discharged
                                              Without Payment: $109,380.05

Total Expenses of Administration:  $1,716.67

3) Total gross receipts of $    9,000.34    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $9,000.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,352.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,716.67 | 1,716.67 | 1,716.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,348.00 | 43,315.72 | 43,315.72 | 7,283.67 |
| **TOTAL DISBURSEMENTS** | $79,700.00 | $45,032.39 | $45,032.39 | $9,000.34 |

4)  This case was originally filed under Chapter 7 on May 17, 2011. The case was pending for 8 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2012_____ By: /s/Ira Bodenstein_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-exempt funds in bank account | 1129-000 | 9,000.00 |
| Reversed Deposit 100002 1 Non-exempt funds in ba | 1129-000 | -9,000.00 |
| Non-exempt funds in Chase bank account | 1129-000 | 9,000.00 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | $9,000.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wffinancial | 4110-000 | 6,352.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,352.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,650.03 | 1,650.03 | 1,650.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 16.64 | 16.64 | 16.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,716.67 | 1,716.67 | 1,716.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DB Sevicing Corp | 7100-000 | N/A | 8,986.46 | 8,986.46 | 1,511.10 |
| 2 | Capital One Bank (USA), N.A./AmInfoSource,agent | 7100-000 | N/A | 2,041.59 | 2,041.59 | 343.30 |
| 3 | Asset Acceptance LLC / Assignee / Citibank | 7100-000 | N/A | 9,660.18 | 9,660.18 | 1,624.39 |
| 4 | Resurgence Financial, LLC/as agent for Chase | 7100-000 | N/A | 19,893.38 | 19,893.38 | 3,345.13 |
| 5 | IQ Data International, Inc | 7100-000 | N/A | 2,734.11 | 2,734.11 | 459.75 |
| NOTFILED | Illinois Collection Se | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA Elk Grove | 7100-000 | 557.00 | N/A | N/A | 0.00 |
| NOTFILED | Iq Data International | 7100-000 | 2,686.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource Fin Soluti | 7100-000 | 4,333.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 8,986.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology S.C. | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /99 | 7100-000 | 94.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Resurgence Financial Legal Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems | 7100-000 | 2,351.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 283.00 | N/A | N/A | 0.00 |
| NOTFILED | Schaumburg Oral & Maxillofacial Sur | 7100-000 | 966.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 7,216.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers Inc | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 1,208.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 863.00 | N/A | N/A | 0.00 |
| NOTFILED | Alex B. Lipowich MD SC | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 23,224.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 9,246.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 7,469.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 1,383.00 | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 73,348.00 | 43,315.72 | 43,315.72 | 7,283.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-20961 | Trustee: (330129) Ira Bodenstein |
| Case Name: HUFFMAN, TERESA S | Filed (f) or Converted (c): 05/17/11 (f) |
| | §341(a) Meeting Date: 06/24/11 |
| Period Ending: 01/17/12 | Claims Bar Date: 09/29/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Non-exempt funds in Chase bank account Non-exempt funds in Chase bank account (See Footnote) | 10,500.00 | 0.00 | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.34 | FA |
| 2 | **Assets** **Totals** (Excluding unknown values) | **$10,500.00** | **$0.00** | | **$9,000.34** | **$0.00** |

RE PROP# 1     Non-exempt funds in Chase bank account

---

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     December 30, 2011     Current Projected Date Of Final Report (TFR):     October 21, 2011  (Actual)

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 11-20961 |
| Case Name: | HUFFMAN, TERESA S |
| | |
| Taxpayer ID #: | **-***9685 |
| Period Ending: | 01/17/12 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******81-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/11 | {1} | Teresa S. Huffman | Non-exempt funds in Chase bank account | 1129-000 | 9,000.00 | | 9,000.00 |
| 07/01/11 | | Teresa S. Huffman | Non-exempt funds in bank account | 1129-000 | ! 9,000.00 | | 18,000.00 |
| 07/01/11 | | Teresa S. Huffman | Reversed Deposit 100002 1 Non-exempt funds in bank account | 1129-000 | -9,000.00 | | 9,000.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.07 | | 9,000.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.64 | 8,983.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,983.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,958.50 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,958.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,933.57 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,933.64 |
| 11/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.06 | | 8,933.70 |
| 11/29/11 | | To Account #9200******8166 | Transfer for disbursement per approved TFR | 9999-000 | | 8,933.70 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,000.34 | 9,000.34 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,933.70 | |
| **Subtotal** | 9,000.34 | 66.64 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,000.34** | **$66.64** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-20961 |
| Case Name: | HUFFMAN, TERESA S |
| Taxpayer ID #: | **-***9685 |
| Period Ending: | 01/17/12 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****81-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | | From Account #9200******8165 | Transfer for disbursement per approved TFR | 9999-000 | 8,933.70 | | 8,933.70 |
| 12/02/11 | 101 | Ira Bodenstein | Dividend paid 100.00% on $1,650.03, Trustee Compensation;  Reference: | 2100-000 | | 1,650.03 | 7,283.67 |
| 12/02/11 | 102 | Discover Bank/DB Sevicing Corp | Dividend paid  16.81% on $8,986.46; Claim# 1; Filed: $8,986.46; Reference: | 7100-000 | | 1,511.10 | 5,772.57 |
| 12/02/11 | 103 | Capital One Bank (USA), N.A./AmInfoSource,agent | Dividend paid  16.81% on $2,041.59; Claim# 2; Filed: $2,041.59; Reference: | 7100-000 | | 343.30 | 5,429.27 |
| 12/02/11 | 104 | Asset Acceptance LLC / Assignee / Citibank | Dividend paid  16.81% on $9,660.18; Claim# 3; Filed: $9,660.18; Reference: | 7100-000 | | 1,624.39 | 3,804.88 |
| 12/02/11 | 105 | Resurgence Financial, LLC/as agent for Chase | Dividend paid  16.81% on $19,893.38; Claim# 4; Filed: $19,893.38; Reference: | 7100-000 | | 3,345.13 | 459.75 |
| 12/02/11 | 106 | IQ Data International, Inc | Dividend paid  16.81% on $2,734.11; Claim# 5; Filed: $2,734.11; Reference: | 7100-000 | | 459.75 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 8,933.70 | 8,933.70 | $0.00 |
| Less: Bank Transfers | 8,933.70 | 0.00 | |
| Subtotal | 0.00 | 8,933.70 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $8,933.70 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-*****81-65 | 9,000.34 | 66.64 | 0.00 |
| Checking # 9200-*****81-66 | 0.00 | 8,933.70 | 0.00 |
| | $9,000.34 | $9,000.34 | $0.00 |